```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 04317
   THOMAS JAMES KUNZ
   ELIZABETH KUNZ                               CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9970    SSN XXX-XX-2894

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/18/2006 and was confirmed 06/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------------
DELL FINANCIAL SERVICES  SECURED              200.00         6.86         111.03
DELL FINANCIAL SERVICES  UNSECURED           1279.56          .00            .00
HSBC AUTO FINANCE        SECURED             3698.94       158.66         736.04
WELLS FARGO BANK NA      CURRENT MORTG      20642.50          .00       20642.50
WELLS FARGO BANK NA      MORTGAGE ARRE      14069.66          .00            .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED            .00            .00
CAPTAL ONE               UNSECURED       NOT FILED            .00            .00
CAPITAL ONE              UNSECURED           1065.38          .00            .00
CAPITAL ONE              UNSECURED            462.81          .00            .00
HARRIS & HARRIS          UNSECURED       NOT FILED            .00            .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED            .00            .00
RUSH PRESBYTERIAN HOSPIT UNSECURED       NOT FILED            .00            .00
SINGH MD                 UNSECURED       NOT FILED            .00            .00
DEPENDON COLLECTION SERV NOTICE ONLY     NOT FILED            .00            .00
SOUTHWEST GASTROENTEROLO UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           4601.47          .00            .00
JAMES T GATELY           UNSECURED            525.00          .00            .00
SOUTHWEST HEAD & NECK SU UNSECURED            930.00          .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY        2,000.00                      861.23
TOM VAUGHN               TRUSTEE                                        1,304.38
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            23,820.70

PRIORITY                                         .00
SECURED                                    21,489.57
   INTEREST                                   165.52
UNSECURED                                        .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04317 THOMAS JAMES KUNZ & ELIZABETH KUNZ
```

```
ADMINISTRATIVE                                                861.23
TRUSTEE COMPENSATION                                        1,304.38
DEBTOR REFUND                                                    .00
                                       ---------------   ---------------
TOTALS                                       23,820.70         23,820.70
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 05/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                      PAGE   2
    CASE NO. 06 B 04317 THOMAS JAMES KUNZ & ELIZABETH KUNZ